No. 10,867.

PORTMAN *v.* HOUSEL, ET AL.

Decided June 2, 1924.

*Reversed.*

*On Application for Supersedeas.*

1.   APPELLATE PRACTICE—*Moot Cases.* No opinion is necessary in cases which become moot after reaching the reviewing court.

*Error to the District Court of the City and County of Denver, Hon. Charles C. Butler, Judge.*

Messrs. MELVILLE & MELVILLE, for plaintiff in error.

Mr. N. WALTER DIXON, Mr. DUDLEY W. STRICKLAND, Mr. JOHN W. HELBIG, Mr. HENRY A. HICKS, for defendants in error.

*En banc.*

PER CURIAM.

OUR examination of the record satisfies us that the judgment is wrong. Pending the application for a supersedeas

a showing has been made here that the cause is now moot. Hence no opinion is necessary.

The application for supersedeas is denied. The judgment is reversed and the cause is remanded, with instructions to the district court to dismiss the action.